IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
\* \* \* \* \* \*

| | |
|---|---|
| AARON MURPHY,<br><br>Plaintiff,<br><br>vs.<br><br>WEXFORD HEALTH SOURCES, INC.,<br>Defendant. | CIVIL N0: 20-cv-969-JPG<br><br><u>MINUTES OF COURT</u><br><br>DATE: 9/9/2021 |

PRESENT:   J. PHIL GILBERT, U.S. DISTRICT JUDGE

DEPUTY CLERK: Tina Gray        COURT REPORTER: Amy Richardson

COUNSEL FOR PLAINTIFF(S):  Joel A. Flaxman and Kenneth N. Flaxman

COUNSEL FOR DEFENDANT(S): Kevin K. Peek

MINUTE ORDER IN CHAMBERS: ( )

PROCEEDINGS:  Final Pretrial Conference

TIME:  20 minutes

All parties appearing telephonically.

This matter is before the Court on a Final Pretrial Conference.

After hearing arguments, the Court hereby Grants the Plaintiff's motion in limine (doc. 56), with leave to further address motion in limine No.1 at trial and Defendant's motion in limine (doc 59) is Granted as to (Nos. 1 -9, 14, 16, 17 and 10 striking testimony) and Reserves ruling as to (Nos. 11, 12, 13, 15 and 18).

Parties indicate this case would take 3 days to try.

The final pretrial conference is continued to December 16, 2021 at 9:00 a.m. via telephone conference before the Honorable J. Phil Gilbert.  Parties are directed to call into (618) 439-7733 to join the call.  The jury trial is scheduled for January 10, 2022 at 9:00 a.m. before the Honorable J. Phil Gilbert in Benton, IL.

MARGARET M. ROBERTIE, Clerk of Court

By: */s/* Tina Gray
Deputy Clerk