IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| *AARON MURPHY,*           ) | |
|                          ) | |
|     Plaintiff,    ) | |
|                          ) | |
| v.                       ) | Case No. 3:20-cv-00969-JPG |
|                          ) | |
| *WEXFORD HEALTH SOURCES, INC.,*  ) | |
|                          ) | |
|     Defendant.    ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT WEXFORD HEALTH SOURCES, INC.

Plaintiff Aaron Murphy, by and through his undersigned counsel and pursuant to Fed. R.Civ. P. 41(a)(1)(A)(ii), hereby files his stipulated dismissal with prejudice of all claims in the above-styled matter against Defendant Wexford Health Sources, Inc.

By: */s/ Joel A. Flaxman*   (with consent)
Kenneth N. Flaxman, #08830399
Joel A. Flaxman, #6292818
Kenneth N. Flaxman P.C.
200 South Michigan Ave. Ste 201
Chicago, IL 60604
(314) 427-3200
Email: knf@kenlaw.com
       jaf@kenlaw.com

*Attorneys for Plaintiff Aaron Murphy*

By: */s/ Kevin K. Peek*
Jared M. Byrne, #6302992
Kevin K. Peek, #6328823
Sandberg, Phoenix, & von Gontard P.C.
600 Washington Ave., 15th Floor
St. Louis, MO 63101
(314) 231-3332
Fax: (314) 241-7604
Email: jbyrne@sandbergphoenix.com
       kpeek@sandbergphoenix.com

*Attorneys for Defendant Wexford Health Sources, Inc.*

16673129.v1

## Certificate of Service

I hereby certify that on the 4th day of February 2022, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Kenneth N. Flaxman
knf@kenlaw.com
Joel A. Flaxman
jaf@kenlaw.com
Kenneth N. Flaxman, P.C.
*Attorneys for Plaintiff*

*/s/ Kevin K. Peek*

16673129.v1