**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **AARON MURPHY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Case No. 20-cv-00969-JPG** |
| | ) |
| **WEXFORD HEALTH SOURCES, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## <u>JUDGMENT</u>

This matter having come before the Court, District Judge J. Phil Gilbert, the issues having been heard, and the Court having rendered a decision as to some matters and the parties having stipulated to dismissal of others,

**IT IS HEREBY ORDERED AND ADJUDGED** that all remaining claims against defendant Wexford Health Sources, Inc. are dismissed with prejudice and with each party to bear his own costs.

**DATED**: 2/7/2022

MARGARET M. ROBERTIE, CLERK

By: s/ Tina Gray
                    Deputy Clerk

APPROVED:  s/ J. Phil Gilbert
                    J. PHIL GILBERT
                    United States District Judge